1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951
   E MAIL: jaygreiner@midtown.net
5
   ATTORNEY FOR DEFENDANT
6  JORGE ZAZUETA MIRANDA

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        )    CR.-S-06-376-DLJ
11                                   )
               PLAINTIFF,            )    STIPULATION AND ORDER
12                                   )    TO CONTINUE STATUS CONFERENCE
               v.                    )    TO TUESDAY, SEPTEMBER 11, 2007
13                                   )    at 9:00 A.M.
   JORGE ZAZUETA MIRANDA, et al.,    )
14                                   )
                                     )
15             DEFENDANTS.           )
   _____   )
16

17        Plaintiff United States of America, by its counsel, Assistant United States

18  Attorney, Ms. Carolyn Delaney, and defendant JAIME ZAZUETA MIRANDA, by

19  his attorney, Mr. Olaf Hedberg,  and defendant JOSE NORIEGA VALENCIA, by his

20  attorney Ms. Erin Radekin, and defendant JORGE ZAZUETA MIRANDA, by his

21  attorney,  Mr. James R. Greiner, hereby stipulate and agree that the status conference

22  calendared for **Tuesday, June 19, 2007, at 9:00 a.m.** before the Honorable Senior

23  District Court Judge, may be continued to **Tuesday, September 11, 2007, at 9:00**

24  **a.m.**. In addition, all parties agree that Time can be excluded under the Speedy Trial

25  Act under both Local Code T-2 and Title 18 U.S.C. section 3161(h)(8)(B)(ii) and

26  Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that the case is both

27  complex or unusual and time is needed by counsel to adequately prepare  both

28                                        1

reasons demonstrating that the interests of justice are served by the exclusion of time from the Speedy Trial Act and continuing the status conference date.

The background of the case to date is as follows:

The criminal complaint against all defendants  was filed on September 1, 2006. On that date all defendants made their initial appearance. All defendants were detained and remain detained to this date.

An Indictment was returned against all defendants on September 14, 2006.

On September 18, 2006, all defendants were arraigned on the Indictment, all pled not guilty, all demanded a jury trial and a status conference was set for October 5, 2006.

On October 5, 2006, a status conference was held with all defendants appearing in custody, and another status conference was set for November 30, 2006. Time was excluded under the Speedy Trial Act under Local Code T-4 (time for adequate attorney preparation) and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

On November 30, 2006, a status conference was held with all defendants appearing in custody, and another status conference was set for January 25, 2007. Time was excluded under the Speedy Trial Act under Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

On January 25, 2007, a status conference was held with all defendants appearing in custody, and another status conference was set for March 8, 2007. Time was excluded under the Speedy Trial Act under both Local Code T-2 (complex or unusual case) and Title 18 U.S.C. section 3161(h)(8)(B)(ii) and Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv), the case was complex or unusual and time to adequate preparation for counsel both reasons demonstrating that the interests of justice are served by the exclusion of time.

On March 8, 2007, a status conference was held with all defendants appearing in custody, and another status conference was set for April 19, 2007. Time was

2

1 excluded under the Speedy Trial Act under Local Code T-4 and Title 18 U.S.C.

2 section 3161(h)(8)(B)(iv) (however the case remained complex and unusual as found

3 on January 25, 2007 and as described below remains complex and unusual) for time

4 to adequately prepare for counsel demonstrating that the interests of justice are served

5 by the exclusion of time.

6       On April 19, 2007, a status conference was held with all defendants appearing

7 in custody, and another status conference was set for only defendants JAIME

8 ZAZUETA MIRANDA, JORGE ZAZUETA MIRANDA AND JOSE NORIEGA

9 VALENCIA for June 7, 2007. The reason for this is that the other defendant, JESUS

10 MIRANDA ZAZUEYA, set a change of plea date for May 4, 2007.  Time was

11 excluded for all defendants  under the Speedy Trial Act under Local Code T-4 and

12 Title 18 U.S.C. section 3161(h)(8)(B)(iv) (however the case remained complex and

13 unusual as found on January 25, 2007 and as described below remains complex and

14 unusual) for time to adequately prepare for counsel demonstrating that the interests of

15 justice are served by the exclusion of time.

16       On May 4, 2007, defendant JESUS MIRANDA ZAZUEYA had a change of

17 plea hearing and pled guilty to Count 1 of the Indictment. Sentencing was set for July

18 26, 2007.

19       On May 23, 2007, chief Judge David F. Levi, signed an order reassigning this

20 case to Senior District Court Judge D. Lowell Jensen.

21       On May 23, 2007, Senior District Court Judge D. Lowell Jensen signed an

22 Order resetting the status conference in this case to June 19, 2007 at 9:00 a.m. in

23 Courtroom 9.

24        The government has produced discovery in this case consisting of both hard

25 copy documents and 27 CD's consisting of the following: Three (3) DVD's of

26 various lengths containing video of alleged criminal activity: Twenty-four (24) CD's

27 of audio tape recordings of various telephone calls all of varying lengths of time. The

28

1  twenty-four CD's of audio tape recording are all in the Spanish language. Defense

2  counsel needs to have an interpreter listen to the CD's and translate the relevant

3  portions of them to enable defense counsel to carry on meaningful discussions with

4  their respective clients about the evidence the government does or does not have

5  against them. This will enable the defendants, after full and complete discussions

6  with defense counsel to make an informed and intelligent decision on which direction

7  the case will proceed.

8       The parties stipulate and agree that time under the Speedy Trial Act  shall

9  continue be excluded **up to and including Tuesday, September 11, 2007, under** the

10  Speedy Trial Act under Local Code T-2 (complexity of case) and Title 18 U.S.C.

11  section 3161(h)(8)(B)(ii)and Local Code T-4 (time for adequate preparation) and

12  Title 18 U.S.C. section 3161(h)(8)(B)(iv).

13       This Stipulation and Proposed Order complies with Senior District Court Judge

14  D. Lowell Jensen's standing order issued October 26, 2006.

15       The Court's courtroom deputy was called to clear the date requested and the

16  date is available on the Court's calendar.

17                              Respectfully submitted,

18                              McGREGOR W. SCOTT
                                UNITED STATES ATTORNEY

19
                                /s/ CAROLYN DELANEY by telephone
20                              authorization

21  DATED: 6-18-07             _____
                                CAROLYN DELANEY
22                              ASSISTANT UNITED STATES ATTORNEY
                                ATTORNEYS FOR THE PLAINTIFF
23

24  DATED: 6-18-07             /s/ OLAF HEDBERG by telephone authorization

25                              _____
                                STUART D. HANLON
26                              ATTORNEY FOR DEFENDANT
                                JAMIE MIRANDA
27

28                                            4

DATED: 6-18-07                    /S/ERIN RADEKIN by telephone authorization

ERIN RADEKIN
ATTORNEY FOR DEFENDANT
JOSE VALENCIA

DATED: 6-18-07                    /s/ JAMES R. GREINER

JAMES R. GREINER
ATTORNEY FOR DEFENDANT
JORGE MIRANDA

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: JUNE 18, 2007.

/s/ D. Lowell Jensen
**D. LOWELL JENSEN
SENIOR UNITED STATES
DISTRICT COURT JUDGE**

5