1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951
   E MAIL: jaygreiner@midtown.net
5
   ATTORNEY FOR DEFENDANT
6  JORGE ZAZUETA MIRANDA

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   CR.-S-06-376-DLJ
                                 )
12        PLAINTIFF,              )   STIPULATION AND PROPOSED ORDER
                                 )   TO CONTINUE STATUS CONFERENCE
13     v.                        )   TO TUESDAY, JUNE 3, 2008
                                 )
14  JORGE ZAZUETA MIRANDA, et al.,)
                                 )
15        DEFENDANTS.             )
    _____ )
16

17      Plaintiff United States of America, by its counsel, Assistant United States

18  Attorney, Ms. Carolyn Delaney, and defendant JAIME ZAZUETA MIRANDA, by

19  his attorney, Mr. Olaf Hedberg,  and JORGE ZAZUETA MIRANDA, by his attorney,

20  Mr. James R. Greiner, hereby stipulate and agree that the status conference

21  calendared for **Tuesday, April 29, 2007, at 9:00 a.m.** before the Honorable District

22  Court Judge, D. Lowell Jensen, may be continued to **Tuesday, June 3, 2008, at 9:00**

23  **a.m.**, and both the Trial Confirmation date of June 10, 2008 and the Trial Date of

24  June 16, 2008 be vacated.  In addition, all parties agree that Time can be excluded

25  under the Speedy Trial Act under both Local Code T-2 and Title 18 U.S.C. section

26  3161(h)(8)(B)(ii) and Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv),

27  in that the case is both complex or unusual and time is needed by counsel to

28                                    1

adequately prepare both reasons demonstrating that the interests of justice are served by the exclusion of time from the Speedy Trial Act and continuing the status conference date.

The background of the case to date is as follows:

The criminal complaint against all defendants was filed on September 1, 2006. On that date all defendants made their initial appearance. All defendants were detained and remain detained to this date. (See Docket Entry # 1)

An Indictment was returned against all defendants on September 14, 2006. (See Docket Entry #19)

On September 18, 2006, all defendants were arraigned on the Indictment, all pled not guilty, all demanded a jury trial and a status conference was set for October 5, 2006. (See Docket Entry # 21)

On October 5, 2006, a status conference was held with all defendants appearing in custody, and another status conference was set for November 30, 2006. Time was excluded under the Speedy Trial Act under Local Code T-4 (time for adequate attorney preparation) and Title 18 U.S.C. section 3161(h)(8)(B)(iv). (See Docket Entry # 22)

On November 30, 2006, a status conference was held with all defendants appearing in custody, and another status conference was set for January 25, 2007. Time was excluded under the Speedy Trial Act under Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv). (See Docket Entry # 24)

On January 25, 2007, a status conference was held with all defendants appearing in custody, and another status conference was set for March 8, 2007. Time was excluded under the Speedy Trial Act under both Local Code T-2 (complex or unusual case) and Title 18 U.S.C. section 3161(h)(8)(B)(ii) and Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv), the case was complex or unusual and time to adequate preparation for counsel both reasons demonstrating that the interests of

justice are served by the exclusion of time. (See Docket Entry # 25)

On March 8, 2007, a status conference was held with all defendants appearing in custody, and another status conference was set for April 19, 2007. Time was excluded under the Speedy Trial Act under Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv) (however the case remained complex and unusual as found on January 25, 2007 and as described below remains complex and unusual) for time to adequately prepare for counsel demonstrating that the interests of justice are served by the exclusion of time. (See Docket Entry # 26)

On April 20, 2007, a status conference was held with all defendants appearing in custody, and another status conference was set for only defendants JAIME ZAZUETA MIRANDA, JORGE ZAZUETA MIRANDA AND JOSE NORIEGA VALENCIA for June 7, 2007. The reason for this is that the other defendant, JESUS MIRANDA ZAZUEYA, set a change of plea date for May 4, 2007.  Time was excluded for all defendants  under the Speedy Trial Act under Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv) (however the case remained complex and unusual as found on January 25, 2007 and as described below remains complex and unusual) for time to adequately prepare for counsel demonstrating that the interests of justice are served by the exclusion of time. ( See Docket Entries #s 27, 28)

On May 4, 2007, defendant JESUS MIRANDA ZAZUEYA had a change of plea hearing and pled guilty to Count 1 of the Indictment. Sentencing was set for July 26, 2007. (See Docket Entry # 31)

On May 23, 2007, chief Judge David F. Levi, signed an order reassigning this case to Senior District Court Judge D. Lowell Jensen. (See Dockey Entry # 32)

On May 23, 2007, Senior District Court Judge D. Lowell Jensen signed an Order resetting the status conference in this case to June 19, 2007 at 9:00 a.m. in Courtroom 9. (See Docket dated May 23, 2007)

On June 19, 2007, the Court signed a stipulation to continue the status

1  conference to September 11, 2007) (See Docket Entry # 34)

2      On September 11, 2007, a status conference was held before Senior District
3  Court Judge Jensen, and the matter was continued to October 23, 2007, with time
4  excluded under the Speedy Trial Act under Local Code T-4 and Title 18 U.S.C.
5  section 3161(h)(8)(B)(iv) (however the case remained complex and unusual as found
6  on January 25, 2007 and as described below remains complex and unusual) for time
7  to adequately prepare for counsel demonstrating that the interests of justice are served
8  by the exclusion of time. (See Docket Entry # 37)

9      On October 23, 2007, defendant JOSE NORIEGA VALENCIA had a change
10 of plea to guilty to count 1. (See Docket Entry # 40)

11     On October 23, 2007, a status conference was held before Senior District Court
12 Judge Jensen, and the matter was continued to November 27, 2007, with time
13 excluded under the Speedy Trial Act under Local Code T-4 and Title 18 U.S.C.
14 section 3161(h)(8)(B)(iv) (however the case remained complex and unusual as found
15 on January 25, 2007 and as described below remains complex and unusual) for time
16 to adequately prepare for counsel demonstrating that the interests of justice are served
17 by the exclusion of time. (See Docket Entry # 41)

18     On November 27, 2007, a status conference was held before Senior District
19 Court Judge Jensen, and the matter was set for a motions schedule, Trial confirmation
20 hearing and trial date of June 16, 2008, with time excluded under the Speedy Trial
21 Act under Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv) (however
22 the case remained complex and unusual as found on January 25, 2007 and as
23 described below remains complex and unusual) for time to adequately prepare for
24 counsel demonstrating that the interests of justice are served by the exclusion of time.
25 (See Docket Entry # 45)

26     On December 4, 2007, sentencing was held for defendant JESUS MIRANDA
27 ZAZUEYA. (See Docket Entry # 48)

28

On January 29, 2008, the Court signed a stipulation continuing the sentencing of defendant JOSE NORIEGA VELENCIA to February 26, 2008. (See Docket Entry # 52)

On February 26, 2008, sentencing was held for defendant JOSE NORIEGA VELENCIA. (See Docket Entry #53)

On April 4, 2008, the Court ordered the status conference set for April 8, 2008, continued to April 15, 2008. (See Docket Entry # 55)

On April 15, 2008, a status conference was held before Senior District Court Judge Jensen, and the matter was continued to April 29, 2008, with time excluded under the Speedy Trial Act under Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv) (however the case remained complex and unusual as found on January 25, 2007 and as described below remains complex and unusual) for time to adequately prepare for counsel demonstrating that the interests of justice are served by the exclusion of time. (See Docket Entry # 45)

The government has produced discovery in this case consisting of both hard copy documents and 27 CD's consisting of the following: Three (3) DVD's of various lengths containing video of alleged criminal activity: Twenty-four (24) CD's of audio tape recordings of various telephone calls all of varying lengths of time. The twenty-four CD's of audio tape recording are all in the Spanish language. Defense counsel continues to have an interpreter listen to the CD's and translate the relevant portions of them to enable defense counsel to carry on meaningful discussions with their respective clients about the evidence the government does or does not have against them. This will enable the defendants, after full and complete discussions with defense counsel to make an informed and intelligent decision on which direction the case will proceed. Defense counsel and the government are continuing in their good faith efforts at resolving this case short of trial to conserve both the government's resources and the Court's resources. In addition, defense investigation

1  is ongoing and including the investigation of the complex advisory Sentencing
2  guidelines.
3       The parties stipulate and agree that time under the Speedy Trial Act shall
4  continue be excluded **up to and including Tuesday, June 3, 2008, under** the Speedy
5  Trial Act under Local Code T-2 (complexity of case) and Title 18 U.S.C. section
6  3161(h)(8)(B)(ii)and Local Code T-4 (time for adequate preparation) and Title 18
7  U.S.C. section 3161(h)(8)(B)(iv).
8       This Stipulation and Proposed Order complies with Senior District Court Judge
9  D. Lowell Jensen's standing order issued October 26, 2006.
10      The Court's courtroom deputy Mr. Harry Vine was called to clear the date
11 requested and the date is available on the Court's calendar.

                              Respectfully submitted,


                              McGREGOR W. SCOTT
                              UNITED STATES ATTORNEY


                              /s/ CAROLYN DELANEY by e mail authorization

DATED: 4-24-07                _____
                              CAROLYN DELANEY
                              ASSISTANT UNITED STATES ATTORNEY
                              ATTORNEYS FOR THE PLAINTIFF


DATED: 4-24-07                /s/ OLAF HEDBERG by e mail authorization
                              _____
                              STUART D. HANLON
                              ATTORNEY FOR DEFENDANT
                              JAMIE MIRANDA



                              /s/ JAMES R. GREINER
DATED: 4-24-07                _____
                              JAMES R. GREINER
                              ATTORNEY FOR DEFENDANT
                              JORGE MIRANDA

6

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: APRIL 24, 2008.

/s/ D. Lowell Jensen
**Hon. D. Lowell Jensen**
**UNITED STATES DISTRICT COURT JUDGE**

7